# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORLANDO PARIS,

    Plaintiff,

-vs-             Case No. 6:09-cv-1474-Orl-28DAB

PROTECTION CONSULTANTS,
INCORPORATED,

    Defendant.
___

# ORDER

This case is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. No. 8) filed October 16, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed October 21, 2009 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. Plaintiff's Motion for Final Default Judgment (Doc. No. 8) is **DENIED without prejudice**. Plaintiff may file a second Motion for Default Judgment, within twenty (20) days from the date of this Order, if he can show that service was perfected under state or federal law and that he has a viable cause of action against this Defendant under the Fair Labor

Standards Act. If Plaintiff does not file his second Motion for Default Judgment within the time allowed herein, this case will be dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of November, 2009.

```
                                    _____
                                    JOHN ANTOON II
                                    United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party